ACCEPTED
01-15-00378-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
6/5/2015 8:33:24 AM
CHRISTOPHER PRINE
CLERK

No. 01-15-00378-CV

IN THE COURT OF APPEALS
FOR THE FIRST DISTRICT OF TEXAS
AT HOUSTON

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
6/5/2015 8:33:24 AM
CHRISTOPHER A. PRINE
Clerk

AC INTERESTS, L.P. FORMERLY, AMERICAN COATINGS, L.P.,

*Appellant,*

v.

TEXAS COMMISSION ON ENVIRONMENTAL QUALITY

*Appellee.*

On Appeal from the 53rd Judicial District,
Travis County, Texas, Cause No. D-1-GN-14-005160

**UNOPPOSED FIRST MOTION
FOR EXTENSION OF TIME TO FILE APPELLEE'S BRIEF**

TO THE HONORABLE FIRST COURT OF APPEALS:

Appellee Texas Commission on Environmental Quality (TCEQ) submits this unopposed motion under Rule 38.6(d) of the Texas Rules of Appellate Procedure for an extension of time to file Appellee's response brief. The deadline for filing Appellee's brief is June 18, 2015. The TCEQ is requesting a 21-day extension of that deadline to and including July 9, 2015.

The TCEQ is requesting this extension due to demands on its counsel including the responsibility to prepare briefs in case. Cynthia Woelk is co-writing a brief, due June12, 2015, in *R.E. Janes Gravel Company v. Texas Commission on Environmental Quality, et al.,* Cause No. 14-15-000-31-CV, in the Court of Appeals for the Fourteenth District of Texas at Houston. In addition, she is writing a brief, due June 26 in *The Upper Trinity Water District and Texas Commission on Environmental Quality v. National Wildlife Federation,* No. 01-15-00374-CV, in the Court of Appeals for the First District of Texas at Houston.

No previous extension of time has been requested or granted regarding the Appellee's brief. This extension is not sought for delay and no party is prejudiced by the extension.

Counsel for Appellant has indicated by email dated June 4, 2015, that the Appellant does not oppose this request for extension.

Accordingly, the TCEQ respectfully requests that the deadline to file its response brief in this matter be extended to and including July 9, 2015.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

CHARLES E. ROY
First Assistant Attorney General

2

JAMES E. DAVIS
Deputy Attorney General for Civil Litigation

JON NIERMANN
Division Chief

_/s/ Cynthia Woelk_
CYNTHIA WOELK
Assistant Attorney General
Texas State Bar No. 21836525
cynthia.woelk@texasattorneygeneral.gov

OFFICE OF THE ATTORNEY GENERAL
Environmental Protection Div. (MC-066)
P.O. Box 1248
Austin, Texas 78711-2548
Tel: (512) 463 - 2012
Fax: (512) 457 - 4613

**Attorneys for Appellee**
**Texas Commission on Environmental**
**Quality**

**CERTIFICATE OF CONFERENCE**

I hereby certify that on June 4, 2015 the undersigned, Cynthia Woelk, counsel for Appellee TCEQ, conferred by e-mail with William Smalling, counsel for Appellant A.C. Interests, L.P., formerly, American Coatings, L.P., on June 4, 2015 and was told that Appellant does not oppose this motion.


        /s/ Cynthia Woelk
CYNTHIA WOELK

**CERTIFICATE OF SERVICE**

I hereby certify that on June 5, 2015, a true and correct copy of the foregoing was served on the following counsel electronically through an electronic filing manager or by e-mail:

William Smalling
The Law Office of C. William Smalling, PC
1700 Post Oak Blvd., 2 BLVD Place, Suite 600
Houston, Texas 77056
Tel: (713) 513-7153
Fax: (866) 738-0042
bsmalling@billsmallinglaw.com

**Attorneys for Appellant,**
**A.C. Interests, L.P., formerly, American Coatings, L.P.**


      */s/ Cynthia Woelk*
      CYNTHIA WOELK